UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAGDEEP S.,

        Petitioner,

    v.

ORESTES CRUZ, *et al.*,

        Respondent,

Case No.  1:26-cv-0355-TLN-JDP

ORDER

      On January 30, 2026, the court granted petitioner's motion for a preliminary injunction and referred the matter to me for further proceedings.  ECF No. 7.

      If additional briefing is needed to decide the merits, within seven days of the date of this order, respondents may file an answer.  If respondents file an answer, petitioner may file a traverse within seven days.  If respondents do not file an answer by this deadline, the matter will be deemed submitted.

1

Accordingly, it is hereby ORDERED that if additional briefing is needed, respondents may file an answer within seven days of the date of this order.  If respondents file an answer, petitioner may file a traverse within seven days.  If respondents do not file an answer by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:    February 26, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2